**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LOUIS C. TALARICO III, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action 4:21-cv-3689 |
| | ) | |
| v. | ) | |
| | ) | Hon. Andrew S. Hanen |
| C. BRADLEY JOHNSON, JERALD J. STRATTON, ULTRA PETROLEUM CORP, EVAN LEDERMAN, FIR TREE CAPITAL MANAGEMENT LP, KARN CHOPRA and CENTERVIEW PARTNERS LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

Pursuant to Paragraph 2 of this Court's Order for Pretrial Conference (ECF No. 2), which Defendant Fir Tree Capital Management LP ("Fir Tree") received from Plaintiff via email on December 14, 2021, Fir Tree hereby notifies the Court that the following persons or entities have a financial interest in the outcome of this litigation or are known attorneys of record:

Defendant Fir Tree (and its partners and other related entities);

Fir Tree's Counsel, Jules P. Slim and Rolnick Kramer Sadighi LLP (Sheila A. Sadighi and Matthew Peller);

Plaintiff Louis C. Talarico III;

Defendant C. Bradley Johnson;

Defendant Jerald J. Stratton;

C. Bradley Johnson and Jerald J. Stratton's Counsel, Kirkland & Ellis LLP (Joshua Z. Rabinovitz and Dustin Womack);

Defendant Evan Lederman;

Even Lederman's Counsel, Rapp & Krock, P.C. (Kenneth M. Krock and Brian Antweil), and Davis Polk & Wardwell LLP (Edmund Polubinski III and Patrick Blakemore);

Defendant Karn Chopra;

Defendant Centerview Partners LLC;

Karn Chopra and Centerview Partners LLC's Counsel, Gibson, Dunn & Crutcher LLP (Mary Beth Maloney, John T. Cox III, and Christine Demana);

PureWest Energy, LLC;

Chubb Insurance;

Chubb Limited;

Berkshire Hathaway Specialty Insurance;

Berkshire Hathaway Inc.;

QBE Insurance Group Limited;

AXA;

American International Group, Inc.;

Tokio Marine HCC;

Tokio Marine Holdings;

Everest Re Group LTD; and

Everest National Insurance Company.

Dated: December 29, 2021

/s/Jules P. Slim
Jules P. Slim
State Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel. (214) 350-5183
Fax. (214) 350-5184
jslim@slimlawfirm.com

*Attorney-in-Charge for Fir Tree
Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing Notice of Entities with a Financial Interest in this Litigation with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 29, 2021.

/s/Jules P. Slim
Jules P. Slim