Case 4:21-cv-03689 Document 76 Filed on 03/21/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOUIS C. TALARICO, III | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 21-3689 |
| | § | |
| C. BRADLEY JOHNSON, *et al* | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are four motions to Dismiss filed by six Defendants (Doc. Nos. 44, 46, 47, 48), to which Plaintiff filed his opposition (Doc. No. 54); Defendants' replies (Doc. Nos. 55, 57, 58, 59); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 66) that the Court grant the Defendants' Motions to Dismiss; and Plaintiff's Objections (Doc. No. 75) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 75) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 66) is **ADOPTED**; and the Motions to Dismiss of Defendants C. Bradley Johnson and Jerald J. Stratton (Doc. No 44), Defendant Evan Lederman (Doc. No. 46), Defendant Fir Tree Capital Management LP (Doc. No. 47) and Defendants Centerview Partners LLC and Karn Chopra (Doc. No. 48) are **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 21st day of March 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE